# ALABAMA COURT OF CRIMINAL APPEALS



August 8, 2025

**CR-2024-0494**

Robert Leslie Manning v. State of Alabama (Appeal from Mobile Circuit Court: CC-91-2061.63 and CC-91-2062.63)

## <u>NOTICE</u>

You are hereby notified that on August 8, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk